FILED

# United States District Court
Middle District of Florida
Fort Myers Division

2020 JUN 24 AM 11: 11

Jessie Lozano

*(In the space above enter the full legal name of the plaintiff)*

-against-

JP Morgan Chase Bank & Corp
JP Morgan Chase Bank
JP Morgan Chase
JP Morgan
CHASE

2:20-cv-448-FtM-66eMRM
Case No. _____
(To be filled out by Clerk's Office only)

# COMPLAINT
*(Pro Se Prisoner)*

Jury Demand?
☑ Yes
☐ No

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section IV. Do not include addresses here.)*

---

**NOTICE**

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.**

**I.   COMPLAINT**

*Indicate below the federal legal basis for your claim, if known. This form is designed primarily for pro se confined litigants challenging the constitutionality of their conditions of confinement, claims which are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "Bivens" action (against federal defendants).*

☐   42 U.S.C. § 1983 (state, county, or municipal defendants)

☑   Action under *Bivens v. Six Unknown Federal Narcotics Agents*, 403 U.S. 388 (1971) (federal defendants)

**II.   PLAINTIFF INFORMATION**

Lozano, Jessie
Name (Last, First, MI)                                Aliases

JCA # 60369
Identification #

Charlotte County Jail Detention Bureau
Place of Detention

26601 Airport Road
Institutional Address

Charlotte   Punta Gorda   Florida   33950
County, City           State           Zip Code

**III.   PRISONER STATUS**

*Indicate whether you are a prisoner or other confined person as follows:*

☑   Pretrial detainee
☐   Civilly committed detainee
☐   Immigration detainee
☐   Convicted and sentenced state prisoner
☐   Convicted and sentenced federal prisoner

## IV. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant. If the correct information is not provided, it could result in the delay or prevention of service. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.*

Defendant 1: __Chase Morgan JP__
Name (Last, First)

__CEO__
Current Job Title

__911 Tamiami Trail__
Current Work Address

__Charlotte, Punta Gorda      Florida      33950__
County, City                          State              Zip Code

Defendant 2: __Morgan JP__
Name (Last, First)

__CEO__
Current Job Title

__911 Tamiami Trail__
Current Work Address

__Charlotte, Punta Gorda,    Florida    33950__
County, City                          State              Zip Code

**Defendant(s) Continued**

Defendant 3: Bank Chase Morgan JP
Name (Last, First)

C.E.O.
Current Job Title

911 Tamiami Trail
Current Work Address

Charlotte, Punta Gorda       Florida       33950
County, City                State         Zip Code

Defendant 4: Corp. Bank Chase Morgan JP
Name (Last, First)

C.E.O.
Current Job Title

911 Tamiami Trail
Current Work Address

Charlotte, Punta Gorda       Florida       33950
County, City                State         Zip Code

[Additional Defendants Must Be Listed on a Separate Sheet Titled Section IV]

## V. STATEMENT OF CLAIM

Place(s) of occurrence: 911 Tamiami Trail Punta Gorda Florida 33950

Date(s) of occurrence: July 30, 2019

State which of your federal constitutional or federal statutory rights have been violated:

Basic Rights, Due Process of Law Rights

*State here briefly the FACTS that support your case. See Fed. R. Civ. P. 8. Describe how each defendant was personally involved in the alleged wrongful actions, state whether you were physically injured as a result of those actions, and if so, state your injury and what medical attention was provided to you. All facts shall be set forth in separately numbered paragraphs. See Fed. R. Civ. P. 10(b).*

FACTS:

[What happened to you?]

On July 30, 2019 I was arrested for an alleged Bank Robbery that took place at 911 Tamiami Trail Punta Gorda, Florida 33950 arresting agency was the Punta Gorda Police Department OCA# 19-02543 Case # 19-1342 F. JP Morgan Chase Bank allowed the State Attorneys Office of Charlotte County to prosecute Me (Jessie Lozano) in State Court without Subject Matter Jurisdiction because Bank Robbery falls under Federal Criminal Code 18 USC chapter 103 section 2113(a)(b), under Federal Criminal Code Subject Matter Title "Bank Robbery & Incidental Crimes" (See US vs Perez 943 F 3d 1329) JP Morgan Chase Bank Corp allowed the Charlotte County State Attorneys Office to Charge Mr Lozano with Robbery F.S. 812.13(2)(c) and Grand Theft $10,000 or more but less than $20,000 F.S. 812.014 (2)(c)(3) JP Morgan Chase Bank Corp Employees made Statements

Page 5 of 10

[Who did what?] That Mr. Lozano Robbed J.P. Morgan Chase Bank: Corp. for a sum of $10,000 with a note that said "$100,000 No Dye Packs No Alarms" (See Discovery/Deposition for Case #19-1342) (See also OCA#19-02543). J.P. Morgan Chase Bank: Corp was well aware Mr. Lozano's Arrest by Case #19-1342 F. OCA#19-02543; Warrant ID#19272; Charlotte County Sheriff Office/Dept. OCA#1907-016270; Insurance Claim to Federal Deposit Insurance Corp. (F.D.I.C.); S.A.R.; F.I.N.E.C.; Bank (Chase Bank) employees Adam Micheal Charlton and Cassandra Puccio; JP Morgan Chase Bank Corp. Security Team; Florida Department of Law Enforcement (F.D.L.E) Case File report #2019604569 in which through Summary Procedure s.51.011, the above mention was to be reported to JP Morgan Chase Bank: Corp; J.P. Morgan Chase; J.P. Morgan (NOTE: According to Judge Donald Hardy Mason's statements Made in Open Court in which He stated "Its up to the F.B.I. discrepency if they want to pick up a case (Bank Robbery) and they decided not to and gave it (State Prosecution: Circuit Court)→ to us. I have handled many of case's like this before." in which to this day there has been no Federal Court Order Giving the State Attorney's Office Subject Matter Jurisdiction to Prosecute Mr. Lozano Nor has the FBI attempted to make contact with Mr. Lozano. Since 7/30/19 - 6/13/20 (See Federal Rules of Criminal Procedure Rule 18 USC ch. 203 sec. 3046 & 18 USC ch. 203 sec. 3052)

Mr. Lozano has been and still is incarcerated for a total of seven (7) Month's in which Mr Lozano has suffered nerve damage injury's to hands after Charlotte County Jail Detention Bureau Officer Matthew Heini

[Additional Facts Must Be Set Forth in an Attachment Titled Section V]

**Was anyone else involved?**

Placed handcuffs on Mr Lozano so tight for so long it caused permanent nerve damage to both hands, where Mr Lozano has to been taking Anti-inflammatory medication to Alleviate pain Since the injury occured on Febuary 7, 2020 (See Medical File and camera video for Febuary 7, 2020 times 6:40Am-7:10am for Dorm K-2. Since then Mr Lozano suffers from Anxiety and depression, stemming from ill treatment from Medical Staff, and Officials from the Charlotte County Jail Dententention Bureau (See All Grievances and Informal Grievances on Mr Lozano's Smart Communications Tablet #6354) Also because of false testamonies made by JP Morgan Chase Bank Corp, JP Morgan Chase, JP Morgan, bank employees Tank and Boss Lozano (Mr Lozano's French Bulldogs) were given over to the Animal Welfare League, where they were Neutered then given up for Adoption after PuntaGorda Police Department Arrested Mr Lozano July 30, 2019. Punta Gorda Police Department gave Arrest report to all local News Media immediatly after Arresting Mr. Lozano on July 30, 2019 (See All Local News Media and News Press News Reports for July 30 & 31st 2019) Mr Lozano Due process of Law Rights have been Violated by not be rightfully Charged in Federal Court where he could have recieved Proper legal help from a Federal Defender who is equipt to take on a "Bank Robbery" Case to prove Mr Lozano's innocents but instead Mr Lozano is Recieving Maliscious Prosecution from Asstant State Attorney's Garrick N. Soja and Kyle Stublin along with Judicial Judge Donald Hendry Mason (See All Court Transcripts and Master File for Case # 19-1342 F) Mr Lozano's family Attempted to Contact JP Morgan Chase Bank Corp Headquarters in New York address 270 Park Avenue, New York, New York 10017 to inform them of Mr Lozano's Circumstances d/o to false accusation made by there Bank Employees Adam Micheal Charlton & Cassanda Puccio at 911 Tamiami Trail Punta Gorda, to which Headquarter responded with "Have your Lawyer Contact us!", before hanging up. (See incoming calls to # 212-270-6600 from Febuary 2020 thru March 2020 from Phone # 662-422-6159)

## VI. ADMINISTRATIVE PROCEDURES

*WARNING:* **Prisoners** *must exhaust administrative procedures before filing an action in federal court about prison conditions. 42 U.S.C. § 1997e(a). Your case may be dismissed if you have not exhausted your administrative remedies.*

## VII. RELIEF

*State briefly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.*

I humbly ask this Honorable Court to Order J.P. Morgan Chase Bank & Corp., JP Morgan Chase Bank, JP Morgan Chase, JP Morgan, CHASE to pay Jessie Lozano $50,000,000°°, pay all court cost and all medical bill dealing with Mr. Lozano's injury's to his hand's along with his Anxiety and depression.

## VIII. LITIGANT'S LITIGATION HISTORY

*The "three strikes rule" bars a **prisoner** from bringing a civil action or an appeal in forma pauperis in federal court if that prisoner has "on three or more occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. §1915(g)*

### ALL LITIGANTS MUST ANSWER:.

Have you to date brought any other lawsuits in state or federal court while a confined?   ☑ Yes   ☐ No

If yes, how many?  __4__

Number each different lawsuit below and include the following:

- Name of case (including defendants' names), court, and docket number
- Nature of claim made
- How did it end? (For example, if it was dismissed, appealed, or is still pending, explain below.)

1. Jessie Lozano vs. Federal Bureau of Investigations (F.B.I.) Case # 20000399CA in Circuit Court for Charlotte County, Florida

2. Jessie Lozano vs. JP Morgan Chase & Corp Case # 20000398CA in Circuit Court for Charlotte County, Florida

3. Jessie Lozano vs. Charlotte County Sheriff Office Case # 20000409CA in Circuit Court for Charlotte County, Florida

4. Jessie Lozano vs. Judge Donald Henry Mason Case # 20000408CA in Circuit Court for Charlotte County, Florida

All the above stated cases are still pending.

## IX. PLAINTIFF'S DECLARATION AND WARNING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. **I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.**

*Plaintiff must sign and date the complaint and provide prison identification number and prison address.*

June 13, 2020
Dated

[Signature]
Plaintiff's Signature

Lozano, Jessie
Printed Name (Last, First, MI)

ICA # 60369
Identification #

Charlotte County Jail, Punta Gorda, Florida, 33950
Institutional Name / City / State / Zip Code